Jeffrey I. Hasson                                                                    Honorable Patricia Sullivan
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR 97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 872419
Attorney for Defendant WELTMAN, WEINBERG & REIS CO., L.P.A., PC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| BOB MESCH,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A., PC<br><br>                    Defendant. | Case No.: 2:13-CV-01695-SU<br><br>NOTICE OF APPEARANCE OF DEFENDANT WELTMAN, WEINBERG & REIS CO., L.P.A., PC |

TO: BOB MESCH, Plaintiff, and his attorney, JOSHUA TRIGSTED;
AND TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON PENDLETON DIVISION;

YOU AND EACH OF YOU are hereby notified that the undersigned enters his appearance as attorney of record for defendant WELTMAN, WEINBERG & REIS CO., L.P.A., PC ("WWR") in the above-entitled action, and hereby requests that all further pleadings be served upon said attorney at the address stated below. This appearance is made without waiving any questions of:

Page 1. NOTICE OF APPEARANCE OF DEFENDANT WELTMAN, WEINBERG & REIS
              CO., L.P.A., PC

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of process;

5. Insufficiency of service of process;

6. Failure to state a claim upon which relief may be granted; and

7. Failure to join a party under Rule 19.

Dated October 29, 2013.

                                      DAVENPORT & HASSON, LLP

                                      s/ Jeffrey I. Hasson
                                      Jeffrey I. Hasson, OSB No. 872419
                                      Attorney for WWR

Page 2. NOTICE OF APPEARANCE OF DEFENDANT WELTMAN, WEINBERG & REIS CO., L.P.A., PC

Certificate of Service

      I hereby certify that on <u>October 29, 2013</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Joshua Trigsted</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>     </u>.

      <u>s/ Jeffrey I. Hasson</u>
      Jeffrey I. Hasson, OSB#872419
      Attorney for WWR
      Davenport & Hasson, LLP
      12707 NE Halsey St.
      Portland, OR 97230
      Phone: (503) 255-5352
      Facsimile: (503) 255-6124
      E-Mail: hasson@dhlaw.biz

Page 1. CERTIFICATE OF SERVICE