Jeffrey I. Hasson                                                                 Honorable Patricia Sullivan
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 872419
Attorney for Defendant Weltman, Weinberg & Reis Co., LPA, PC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| BOB MESCH, | Case No.: 2:13-CV-01695-SU |
|---|---|
| Plaintiff, | DEFENDANT WELTMAN, WEINBERG & REIS CO., LPA, PC MOTIONS TO DISMISS, TO TRANSFER FOR IMPROPER VENUE, OR TO TRANSFER VENUE FOR CONVENIENCE |
| vs. | |
| WELTMAN, WEINBERG & REIS CO., LPA, PC, | |
| | [Oral Argument Requested] |
| Defendant. | |

### LR 7-1 Certification

Pursuant to LR 7-1, Defendant Weltman, Weinberg & Reis Co., LPA, PC ("WWR"), prior to filing this Motion, conferred with Plaintiff's attorney by email, and the parties were unable to reach agreement on WWR's Motion.

PAGE 1.   DEFENDANT WELTMAN, WEINBERG & REIS CO., LPA, PC MOTIONS TO
               DISMISS, TO TRANSFER FOR IMPROPER VENUE, OR TO TRANSFER
               VENUE FOR CONVENIENCE

## WWR's Motions

Pursuant to *FRCP 12 (b) (2),* WWR moves to dismiss this Action for lack of personal jurisdiction; or WWR moves this Court, pursuant to *FRCP 12 (b) (3)*, to transfer this matter to a proper venue such as the District of Ohio, or the District of Idaho as the District of Oregon is an improper venue. As a further alternative, WWR moves this Court to transfer venue to the District of Idaho for convenience.

DATED: October 30, 2013.

                                        DAVENPORT & HASSON, LLP

                                        s/ Jeffrey I. Hasson
                                        Jeffrey I. Hasson, OSB#872419
                                        (503) 255-5352
                                        Attorney for WWR

PAGE 2.   DEFENDANT WELTMAN, WEINBERG & REIS CO., LPA, PC MOTIONS TO DISMISS, TO TRANSFER FOR IMPROPER VENUE, OR TO TRANSFER VENUE FOR CONVENIENCE

Certificate of Service

      I hereby certify that on <u>October 30, 2013</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Joshua Trigsted</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      <u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson, OSB#872419
Attorney for WWR
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124

PAGE 1.    CERTIFICATE OF SERVICE